UNITED STATES of America,
Plaintiff–Appellee,

v.

Viarquez BORDEN, Defendant–
Appellant.

No. 05–12863
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 13, 2007.

Yvette Rhodes, Tampa, FL, for United States of America.

Scott Kalisch, Miami, FL, for Viarquez Borden.

Before BIRCH, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Scott Kalisch, retained appellate counsel for Viarquez Borden, has filed a renewed motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).[1] Our independent re-

---

1. Kalisch previously filed a motion to withdraw, pursuant to *Anders,* which we denied without prejudice, but with leave to refile after he obtained the necessary transcripts to complete the record.

view of the now complete record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Borden's conviction and sentence are **AFFIRMED.**